**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ESTEBAN MIGUEL-GARCIA,<br>Petitioner,<br>**v.**<br>WARDEN,<br>Respondent. | Civil Action No. 26-9205 (ZNQ)<br><br>**ORDER** |

This matter comes before the Court on a habeas petition filed by Petitioner pursuant to 28 U.S.C. 2241 through which he seeks to challenge his ongoing immigration detention. (ECF No. 1.) In filing his petition, however, Petitioner neither paid the applicable five dollar filing fee nor submitted an application to proceed *in forma pauperis* sufficient to warrant permitting him to proceed without paying the filing fee. This matter must therefore be administratively terminated until such time as Petitioner either pays the filing fee or submits an application to proceed *in forma pauperis* which establishes his indigence.

**IT IS THEREFORE** on this 24th day of July 2026,

**ORDERED** that the Clerk of the Court shall administratively terminate this case; Petitioner is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely, *see Jenkins v. Superintendent of Laurel Highlands*, 705 F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); *Dasilva v. Sheriff's Dept.*, 413 F. App'x 498, 502 (3rd Cir. 2011) ("[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs ...."); it is further

**ORDERED** that the Clerk of the Court shall forward Petitioner a blank form Application to Proceed In Forma Pauperis; it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, within 30 days of the date of entry of this Order; Petitioner's writing shall include either the applicable $5 filing fee or a complete *in forma pauperis* application; it is further

**ORDERED** that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, accompanied by either the applicable filing fee or a complete *in forma pauperis* application, the Clerk of the Court will be directed to reopen this case; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**